```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
ACT FUELS, INC.,                                               :
                                                               :
                                            Plaintiff,         :     1:21-cv-368-GHW
                                                               :
             -v -                                              :
                                                               :
SUNDIVE COMMODITY GROUP, LLC.,                                 :
                                                               :
                                            Defendant.         :
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

By letter dated February 17, 2021, Dkt. No. 8, the Court has been informed that Defendant Sundive Commodity Group, LLC has filed for bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Case No. 21-3016. The Clerk of Court is directed to note the stay of this case on the docket.

SO ORDERED.

Dated: February 17, 2021

_____
GREGORY H. WOODS
United States District Judge